◼ JOHN F. JOSLYN, Individually and as Administrator of the Estate of TAMMY J. JOSLYN, Deceased, et al., Appellants, v VILLAGE OF SYLVAN BEACH et al., Respondents. (Appeal No. 2.) [682 NYS2d 650] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Summary Judgment.) Present—Denman, P. J., Green, Hayes, Balio and Boehm, JJ.